# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DIRECTV, LLC,

                Plaintiff,    :    Case No. 3:13-cv-048

    - vs -                    Magistrate Judge Michael R. Merz

TRACY R. BASHORE, et al.,

                Defendant.    :

## RECUSAL ORDER

Upon manually checking possible conflicts of interest, the undersigned has discovered a disqualifying financial interest and hereby RECUSES himself from further participation in this case.

The Magistrate Judges at Dayton have authority to transfer cases among themselves. If the parties unanimously consent to such a transfer, the case will be transferred to Chief Magistrate Judge Sharon L. Ovington or Magistrate Judge Michael J. Newman,  If there is not unanimous consent as to either of these two judicial officers, the case will be transferred back to the docket of District Judge Timothy Black for further proceedings.  Each party shall notify the Clerk of its consent or lack thereof by calling Courtroom Deputy Kelly A. Kopf (937-512-1550) who will not notify any judges unless there is unanimous consent.

The Magistrate Judge apologizes for the delay in notification of the disqualification; it occurred because the Court's conflict checking software did not operate properly.

October 9, 2013.

s/ *Michael R. Merz*<br>United States Magistrate Judge