IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| DIRECTV, LLC, | : | |
| Plaintiff, | : | Case No. 3:13cv00048 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| TRACY R. BASHORE, *et al.*, | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL: TERMINATION ENTRY

Upon Plaintiff DIRECTV, LLC's Motion to Dismiss Defendant Scott Pfledderer (Doc. # 51), pursuant to Fed. R. Civ. P. 41(a)(2), and the record as a whole, this action is hereby DISMISSED without prejudice and TERMINATED on the docket of this Court.

IT IS SO ORDERED.

March 31, 2014

                                                                    s/Sharon L. Ovington
                                                                        Sharon L. Ovington
                                                        Chief United States Magistrate Judge